### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### LITTLE ROCK DIVISION

**JAMES SCURLOCK**                                                           **PLAINTIFF**

**v.**                          **NO. 4:11-CV-00369 BSM**

**WINDSTREAM COMMUNICATIONS, INC.;**
**GEORGE EASLEY; BRENT WHITTINGTON;**
**TOM KEMPER; DON WILBORNE;**
**LORI YACAVONE; and**
**JEFF GARDNER**                                                  **DEFENDANTS**

### RESPONSE TO MOTION TO DISMISS

COMES NOW, James M. Scurlock, Plaintiff, by and through his attorneys Spears Huffman, PLLC and for his Response to Motion to Dismiss states:

1. Defendants filed a Motion to Dismiss in this matter.

2. Fed. R. Civ. P. 15(a) provides that a party may amend its pleading once as a matter of course within 21 days of service of a responsive pleading. A Motion to Dismiss is not a "responsive pleading" within the meaning of the Federal Rules of Civil Procedure. *See e.g. Johnson v. Dossey*, 515 F.3d 778 (7th Cir., 2008); *Williams v. Bd. of Regents of Univ. Sys. of Georgia*, 477 F.3d 1282 (11th Cir., 2007); *Doe v. U.S.*, 58 F.3d 494 (9th Cir., 1995); *Domino Sugar Corp. v. Sugar Workers Local Union 392 of United Food and Comm. Workers Intern. Union*, 10 F.3d 1064 (4th Cir., 1993). Defendants have filed such a Motion to Dismiss, and thus have yet to file a "responsive pleading" which prohibits filing an amended pleading without leave of court. *See Domino Sugar Corp., supra*. Therefore Plaintiff may file an Amended Complaint at any time up and until 21 days after Defendants file a responsive pleading without leave of court.

3.       Plaintiff has now filed an Amended Complaint.  Therefore the Motion to Dismiss is now moot.  Accordingly, the Motion to Dismiss should be denied.

4.       Pursuant to Local Rule 7.2, Plaintiff has not filed a separate Brief in Support hereof.

WHEREFORE, Plaintiff prays for an Order denying Defendants' Motion to Dismiss, and for all other proper relief.

>                           Respectfully submitted
>                           JAMES SCURLOCK
>
> By: /s/ **Bryan R. Huffman**
>      Bryan R. Huffman, Ark. Bar No. 2004154
>      Attorney for Plaintiff
>      SPEARS HUFFMAN, PLLC
>      113 S. Market Street
>      Benton, AR 72015
>      (501) 315-0092
>      (888) 748-5786 (Facsimile)
>      bhuffman@spearshuffman.com

## Certificate of Service

I, Bryan R. Huffman, hereby certify that on this 25th day of May, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and will provide notification of such filing to the following via U.S. First Class Postage to:

Daniel L. Herrington
Attorney for Defendants
FRIDAY, ELDRIDGE & CLARK, LLP
400 W. Capitol, Suite 2000
Little Rock, AR 72201
(501) 370-1571
herrington@fridayfirm.com

Lucien Ramseur Gillham
Harrill & Sutter, P.L.L.C.
Post Office Box 2012
Benton, AR 72018
501-315-1910
lucien.gillham@sbcglobal.net

                              /s/ **Bryan R. Huffman**