IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JAMES SCURLOCK                                                                          PLAINTIFF

v.                                      NO. 4:11CV00369 BSM

WINDSTREAM COMMUNICATIONS, INC.;
GEORGE EASLEY; BRENT WHITTINGTON;
TOM KEMPER; DON WILBORNE;
LORI YACAVONE; and
JEFF GARNDER                                                                           DEFENDANTS

## MOTION TO WITHDRAW AND STAY SCHEDULING ORDER

COMES undersigned counsel, Luther Oneal Sutter of SUTTER & GILLHAM, PLLC, and for this Motion, states:

1.      A possible conflict has arisen necessitating that undersigned counsel withdraw.  The Plaintiff has been informed of this issue, and he agrees with this Motion.

2.      The scheduling order should be stayed pending consultation by Plaintiff with independent counsel.

WHEREFORE, undersigned counsel prays for this Court's Order granting his Motion to Withdraw and Motion to Stay Scheduling Order, and for all other proper relief.

Respectfully Submitted,

SUTTER & GILLHAM, PLLC
Attorneys at Law
PO Box 2012
Benton, AR 72018
(501) 315-1910

*/s/ Luther Oneal Sutter*
Luther Oneal Sutter, ABN 95031
luthersutter.law@gmail.com

## **CERTIFICATE OF SERVICE**

      I, hereby certify that a true and correct copy of the foregoing has been served on this 29th day of May, 2012, via ECF, upon counsel:

Daniel L. Herrington
Attorney for Defendants
FRIDAY, ELDRIDGE & CLARK, LLP
400 W. Capitol, Suite 2000
Little Rock, AR 72201
herrington@fridayfirm.com

Bryan R. Huffman
Attorney for Plaintiff
SPEARS HUFFMAN, PLLC
113 S. Market Street
Benton, AR 72015
huffman@spearshuffman.com

                                        */s/ Luther Oneal Sutter*
                                        Luther Oneal Sutter