IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

**JAMES SCURLOCK**                                                         **PLAINTIFF**

**v.**                    **NO. 4:11-CV-00369 BSM**

**WINDSTREAM COMMUNICATIONS, INC.;**
**GEORGE EASLEY; BRENT WHITTINGTON;**
**TOM KEMPER; DON WILBORNE;**
**LORI YACAVONE; and**
**JEFF GARDNER**                                                     **DEFENDANTS**

## MOTION TO DISMISS

COMES NOW, James Scurlock, Plaintiff, by and through his attorneys SPEARS HUFFMAN, PLLC and for his Motion to Dismiss states:

1. Plaintiff filed an Amended Complaint in this matter on May 25, 2011.

2. Defendants filed an Answer on June 22, 2011.

3. For the reasons more fully set out in the accompanying brief, Plaintiff moves this Court to dismiss this action with Prejudice. Plaintiff is dismissing the remaining Defendants.

4. Accordingly, the Motion to Dismiss should be granted.

5. Undersigned counsel has consulted with Defendants' counsel, who has no objection to this Motion.

WHEREFORE, Plaintiff prays for an Order dismissing this action against the remaining Defendants with prejudice; each party to bear that party's costs and fees;, and for all other proper relief.

                                                   Respectfully submitted,
                                                   JAMES SCURLOCK

                                                   By: **/s/ Bryan R. Huffman**

        Bryan R. Huffman, Ark. Bar No. 2004154
        Attorney for Plaintiff
        SPEARS HUFFMAN, PLLC
        113 S. Market Street
        Benton, AR 72015
        (501) 315-0092
        (888) 748-5786 (Facsimile)
        bhuffman@spearshuffman.com

## Certificate of Service

I, Bryan R. Huffman, hereby certify that on this 29th day of May, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that the system provided notification of such filing to the following:

Daniel L. Herrington
Attorney for Defendants
FRIDAY, ELDRIDGE & CLARK, LLP
400 W. Capitol, Suite 2000
Little Rock, AR 72201
(501) 370-1571
herrington@fridayfirm.com

        /s/ **Bryan R. Huffman**