## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**JAMES SCURLOCK**                                                          **PLAINTIFF**

**v.**                          **CASE NO. 4:11CV00369 BSM**

**WINDSTREAM COMMUNICATIONS, INC.;**                  **DEFENDANTS**
**GEORGE EASLEY; BRENT WHITTINGTON;**
**TOM KEMPER; DON WILBORNE; LORI**
**YACAVONE; and JEFF GARDNER**

## <u>ORDER</u>

Upon the motion of plaintiff James Scurlock [Doc. No. 44], the complaint is hereby dismissed with prejudice and the parties shall bear their own costs.  An appropriate Judgment shall accompany this order.

IT IS SO ORDERED this 30th day of May 2012.

_____
UNITED STATES DISTRICT JUDGE